# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:07cr44

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JESSE MCCLENNON WATTY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | |
| **EASTERN BAND OF CHEROKEE** ) | |
| **INDIANS,** ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Application for Writ of Garnishment, Notice of Garnishment, and Instructions to Criminal Defendant [Doc. 24].

For the reasons stated in the Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 24] is **GRANTED**, and the Application for Writ of Garnishment, Notice of Garnishment, and Instructions to Criminal Defendant filed in this case on

October 23, 2009, against the Defendant Jesse McClennon Watty are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: October 29, 2009

Martin Reidinger
United States District Judge