IN THE UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL CASE NO. 2:07cr44-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>)<br>JESSE McCLENNON WATTY, )<br>)<br>and )<br>)<br>EASTERN BAND OF )<br>CHEROKEE INDIANS, )<br>)<br>Garnishee. )<br>_____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Order of Garnishment. [Doc. 33]. For grounds, the Government states that the assessment and restitution debt have been paid in full.

For the reasons stated in the Government's motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that Government's Motion for Dismissal of Order of Garnishment [Doc. 33] is **ALLOWED**, and the Order

of Garnishment filed in this case against the Defendant Jesse McClennon Watty is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 21, 2010

Martin Reidinger
United States District Judge